UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FARD MOHAMMED,

     Plaintiff,

     v.                                                        Case No. 04-C-0919

RACINE UNIFIED SCHOOL DISTRICT,

     Defendant.

**ORDER DENYING WITHOUT PREJUDICE THE DEFENDANT'S RULE 7.4 EXPEDITED MOTION TO COMPEL DISCOVERY**

On February 17, 2006, the defendant filed a Rule 7.4 Expedited Non-Dispositive Motion to Compel Discovery. Specifically, the defendant is requesting copies of the plaintiff's medical records from Child, Marriage, & Family Therapy Clinic, LLC. This information is allegedly relevant because the plaintiff is seeking damages for, among other things, extreme mental distress. On February 21, 2006, the defendant filed a letter indicating that the plaintiff, Fard Mohammed, had reconsidered his position with regard to the above-requested records and has instructed the Child, Marriage, & Family Therapy Clinic to forward the requested records to the defendant.

In light of the foregoing, as well as the fact that two motions for summary judgment are currently pending before the court, the court will deny the defendant's Rule 7.4 Expedited Motion to Compel Discovery without prejudice.

**NOW THEREFORE IT IS ORDERED** that the defendant's Rule 7.4 Expedited Motion to Compel Discovery be and hereby is **DENIED WITHOUT PREJUDICE**;

**SO ORDERED** this  22nd  day of February, 2006, at Milwaukee, Wisconsin.


                                                  /s/ William E. Callahan, Jr.
                                                  WILLIAM E. CALLAHAN, JR.
                                                  United States Magistrate Judge